UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN CARLOS MATAMOROS PARRALES
and LISMERLI MERCEDES TAVARES
SANCHEZ, individually and on behalf of all
others similarly situated,

               Plaintiffs,

      -against-

PIKASSO EMPANADAS Y MAS INC. and
PIKASSO E. TREMONT LLC, RONALD
ESPINAL and RAFAELINA FERMIN, as
individuals,

               Defendants.

25-CV-8009 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **October 7, 2025** Order, Dkt. 7, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 10, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 15, 2025**.

      SO ORDERED.

Dated: December 11, 2025
      New York, New York

                                   ARUN SUBRAMANIAN
                                  United States District Judge