UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN CARLOS MATAMOROS PARRALES et al.,<br><br>                Plaintiffs,<br><br>      -against-<br><br>PIKASSO EMPANADAS Y MAS INC. et al.,<br><br>                Defendants. | 25-cv-8009 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge